UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SOLOMON )<br>519 68th Place )<br>Seat Pleasant, MD 20743 )<br>   )<br>          Plaintiff, )<br>     v.    ) <br>   )<br>OFFICE OF THE ARCHITECT )<br>OF THE CAPITOL )<br>Washington, D.C. )<br>   )<br>          Defendant. )<br>                                                                  ) | Civil Action No. 06-2214 (RCL) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Attorney Appearance was filed via the Court's electronic filing system on this April 16, 2007 and is expected to be served by the Court's electronic transmission facilities on:

Jeffrey H. Leib
5104 34th Street, NW
Washington, D.C.  20008
Stepii@earthlink.net

 

                                                                          /s/
                                       ANDREA McBARNETTE
                                       Assistant United States Attorney
                                       555 4th Street, NW
                                       Washington, DC 20530
                                       (202) 514-7153