AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Solomon
519 68 Place
Seat Pleasant, Md 20743

V.

Office of the Architect of the Capitol.

CAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW.
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     DEC 27 2006
CLERK                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/9/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Ly Lesha Carroll, Latjsha H Carroll, docket clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07         *Lloyd Thompson*
              Date            Signature of Server

1270 Y St. G.W. Wash, D.C.
Address of Server

**RECEIVED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### District of Columbia

**RECEIVED**
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Solomon
519 68 Place
Seat Pleasant, Md 20743

v.

Office of the Architect of the Capitol.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            DEC 27 2006
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/9/07 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode *business* with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *(Gen Clerk) W. Lee/DOJ Main Bld., Mail Bx 206*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07
                  Date

*Lloyd Thompson*
Signature of Server

*1220 L St. N.W. Wash, D.C.*
Address of Server

**RECEIVED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

APR 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Solomon
519 68th Place
Seat Pleasant MD 20743

**RECEIVED**
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

Office of the Architect of the Capitol, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Edgard Martinez
Va.
in his personal capacity

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       **DEC 27 2006**
CLERK                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/9/07 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Kevin Mulshine  assoc. Reg. Counsel
  Said he was authorized to accept for Edgard Martinez

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07
            Date          Signature of Server  Lloyd Thompson

                          1270 L St. N.W. Wash DC.
                          Address of Server

# RECEIVED
APR 2 0 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Solomon
519 68th Place
Seat Pleasant Md 20743.

**RECEIVED**
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

V.

Office of the Architect
of the Capitol, et al.

CASE NUMBER 1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Rebecca Tiscarne.
Maryland
in her personal capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         DEC 27 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/9/07 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kevin Mulshine Assoc. Gen Counsel said he was authorized to accept for Rebecca Fuscaro

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07                    *[signature]* Lloyd Thompson
                Date                         Signature of Server

1220 L St. N.W.
Address of Server

**RECEIVED**
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Solomon
519 68th Place
Seat Pleasant Md 20743

**RECEIVED**
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

Office of the Architect of the Capitol, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV02214

CAS

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

SERVE: OFFICE OF THE ARCHITECT of the Capitol
ALAN HANTMAN
ARCHITECT OF THE CAPITOL
UNITED STATES CAPITOL BLDG.
WASHINGTON DC.
in his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 27 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/9/07 |
|---|---|
| NAME OF SERVER *(PRINT)* LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

✷ ☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kevin Mulshine / Asst. Gen. Counsel

☐ Returned unexecuted: _____

✷ ☐ Other (specify): Said he was authorized to accept for the Architect of the Capitol

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07        *Lloyd Thompson*
                Date              Signature of Server

1220 L St. N.W. Wash, D.C.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Solomon
519 68th Place
Seat Pleasant Md 20743

v.

Office of the Architect of the Capitol, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02214
JUDGE: Royce C. Lamberth
DECK TYPE: General Civil
DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Gerand Walker
Maryland.
in his personal capacity

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 27 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/9/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Lesand Walker
499 South Capitol St S.W. 7th Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07
Date           *Signature of Server*  Lloyd Thompson

1220 L St. N.W. Wash, D.C.
*Address of Server*

**RECEIVED**
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Solomon
519 68th Place
Seat Pleasant Md. 20743

**RECEIVED**
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

Office of the Architect
of the Capitol, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Richard McSeveney.
Virginia
in his personal capacity

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 27 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/19/07 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 3218 Ravensworth Pl Alex, Va

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/19/09
            Date

Signature of Server: Lloyd Thompson

Address of Server: 1220 L St. N.W. Wash, D.C.

**RECEIVED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.