AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Solomon
519 68th Place.
Seat Pleasant Md.

V.

Office of the Architect
of the Capitol, et al.

### SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV02214
JUDGE: Royce C. Lamberth
DECK TYPE: General Civil
DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Alan Hantman
Architect of the Capitol.
United States Capitol Bldg
Washington DC
in his personal capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 27 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 4/11/07 |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 6339 31ᵗʰ St. N.W. Wash, D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/11/07
            Date   *Signature of Server*   Lloyd Thompson

1201220 L St. N.W. Wash, D.C.
   *Address of Server*

**RECEIVED**

APR 20 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT