AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Solomon
519 68th Place
Seat Pleasant Md.

V.

Office of the Architect
of the Capitol, et al.

CASE NUMBE

**RECEIVED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Michael Morincoccio

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 27 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 4/16/07 |
| NAME OF SERVER *(PRINT)* | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Dirksen Senate Office Bldg
Room SD-B02

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/16/07
              Date          Signature of Server  Lloyd Thompson

1220 L St. N.W. Washington, D.C.
Address of Server

**RECEIVED**

APR 2 0 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Solomon
519 68th Place
Seat Pleasant MD 20743

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

Office of the Architect of
the Capitol, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV02214

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Robert Savidge
Maryland,
in his personal capacity.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 27 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/16/07 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Michael A. Marinaccio's *said he was authorized to accept for Robert Savidge*

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/07          *Lloyd Thompson*
                Date                    Signature of Server

                              1220 L St. N.W. Wash, D.C.
                              Address of Server

**RECEIVED**

APR 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.