UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT SOLOMON,

        Plaintiff,

v.                                               Civil Action No. 06-2214(RCL)

OFFICE OF THE ARCHITECT OF
THE CAPITOL, et. al.,

        Defendants.

### PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, by his counsel, requests an enlargement of time to August 15, 2007, to submit an Opposition to Defendant's Motion to Dismiss, now scheduled to be submitted on June 16, 2007. Said Opposition is now scheduled to be submitted on June 16, 2007. Counsel has spoken with Defendant's counsel who has consented to the herein request.

As grounds for request, undersigned counsel states that he is a sole practitioner and that professional obligations involving the preparation of post hearing Memoranda in matters in the Office of Compliance, a preparation and a hearing in the Office of Compliance in another matter in the Office of Compliance and submission of briefs in the United States District Court for the Federal Circuit have will occupy counsel's time for the remainder of June and July and will prevent counsel from attending to the Opposition herein.

Accordingly, counsel for Petitioner requests an enlargement of time to August 15, 2007, for submission of Plaintiff's Opposition to Defendants' Motion to Dismiss in the above captioned matter.

Wherefore, Petitioner requests that its Motion for Enlargement of Time be granted.

Respectfully submitted,

Jeffrey H. Leib, D.C. Bar #89649
Attorney for Plaintiff
5104 34th Street, N.W.
Washington, D. C. 20008
202 362 - 0682
202 244 - 1120

CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing Plaintiff's Motion for an Enlargement of Time has electronically delivered this 12th day of June, 2007 to Respondents' counsel:

Andrea McBarnette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D. C. 20530

Jeffrey H. Leib

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT SOLOMON,

        Plaintiff,

v.                                             Civil Action No. 06-2214(RCL)

OFFICE OF THE ARCHITECT
OF THE CAPITOL, et. al.,

        Defendants.

ORDER

Upon consideration of Plaintiff's Motion for an Enlargement of time for submitting Plaintiff's Opposition to Defendants' Motion to Dismiss and Defendants' consent thereto it is granted and Plaintiff shall submit said Opposition to Defendants' Motion to Dismiss on or before August 15, 2007

IT IS SO ORDERED.

                                                JUDGE, UNITED STATES DISTRICT COURT

Copies to:

Andrea McBarnette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D. C. 20530

and

Jeffrey H. Leib, Esquire
Attorney At Law
5104 34th Street, N.W.
Washington, D. C. 20008