UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT SOLOMON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2214 (RCL) |
| ) | |
| **OFFICE OF THE ARCHITECT** ) | |
| **OF THE CAPITOL,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Upon consideration of plaintiff's Motion [7] for an enlargement of time for submitting plaintiff's opposition to defendants' motion to dismiss and defendants' consent thereto, the Motion [7] is hereby GRANTED, and plaintiff shall submit its opposition to defendants' motion to dismiss on or before August 15, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.