**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT SOLOMON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-2214 (RCL) |
| ) | |
| OFFICE OF THE ARCHITECT ) | |
| OF THE CAPITOL, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME

The Defendants, Office of the Architect of the Capitol, et al., through counsel, request an enlargement of time to reply in support of their dispositive motion. The undersigned has been out of the office and therefore needs additional time to consult with agency counsel and to prepare a reply. Specifically, Defendants request that they be allowed to file their opposition up to and including September 4, 2007. This extension is sought in good faith and will not unfairly prejudice any party. Plaintiff's counsel has graciously consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their opposition up to and including September 4, 2007.

August 23, 2007								Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. BAR  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SOLOMON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OFFICE OF THE ARCHITECT )<br>OF THE CAPITOL, et al., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-2214 (RCL) |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to reply in support of their dispositive motion is extended to and including September 4, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007