UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT SOLOMON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2214 (RCL) |
| ) | |
| **OFFICE OF THE ARCHITECT** ) | |
| **OF THE CAPITOL,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the consent Motion [10] for an enlargement of time, and the entire record herein, it is hereby

ORDERED, that the Motion [10] is GRANTED, and it is further

ORDERED, that defendants shall have to and including September 4, 2007 to file a reply in support of their dispositive motion..

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 23, 2007.