# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SOLOMON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-2214 (RCL) |
| ) | |
| OFFICE OF THE ARCHITECT OF ) | |
| THE CAPITOL, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendants and withdraw the appearance of Assistant United States Attorney Andrea McBarnette.

Dated: February 4, 2008                    Respectfully submitted,

/s/
Andrea McBarnette, D.C. Bar # 483789

/s/
John C. Truong, D.C. Bar # 465901
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
(202) 514-8780 (fax)
John.Truong@usdoj.gov