UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SOLOMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-2214 (RCL) |
| OFFICE OF THE ARCHITECT OF THE CAPITOL, *et al.* | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on defendants' motion [6] to dismiss. Upon consideration of the motion, the opposition and reply briefs, the entire record herein, and applicable law, it is hereby, for the reasons set forth in an accompanying Memorandum Opinion,

ORDERED that defendants' motion is GRANTED. This case is dismissed with prejudice as to claims against all defendants.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, March 26, 2008.