UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT SOLOMON,

       Plaintiff,

v.                                    Civil Action No.: 1:06-cv-02214(RCL)

OFFICE OF THE ARCHITECT OF THE CAPITOL, *et. al.*,

       Defendant.

## NOTICE OF APPEAL

Notice is hereby given this 22nd day of May, 2008 that Plaintiff Robert Solomon hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 26th day of March, 2008 in favor of the Defendants against said Plaintiff.

                                                   Respectfully submitted,

                                                   Jeffrey H. Leib, D.C. Bar No. 89649
                                                   Attorney for Plaintiff
                                                   5104 34th Street, N.W.
                                                   Washington, D. C. 20008
                                                   May 22, 2008

Serve:

Jeffrey H. Leib
5104 34th Street, N.W.
Washington, D. C. 20008

and

John Truong, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D. C. 2001